IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

IN THE MATTER OF:                     CHAPTER 13
ALISON L. CARVER
    Debtor.                              JUDGE JOHN S. DALIS

                                         CASE NO. 13-20790

TD AUTO FINANCE, LLC,

    Plaintiff,                           ADVERSARY PROCEEDING NO.
                                         14-02011
v.

ALISON L. CARVER,

    Defendant.

## JOINT STIPULATION DISMISSING ADVERSARY PROCEEDING AND COUNTERCLAIMS WITH PREJUDICE

COMES NOW TD AUTO FINANCE, LLC, Plaintiff herein, along with the Defendant ALISON L. CARVER, and jointly stipulate to the dismissal of this adversary proceeding and counterclaims with prejudice under Bankruptcy Rule 7041, respectfully showing as follows:

1. On June 5, 2014, Plaintiff commenced the Adversay Proceeding in this Court by filing its Complaint. A summons was issued on June 6, 2014.

2. On June 30, 2013, Defendant filed its Answer to the Complaint and Counterclaim. Plaintiff's time to respond to Defendant's Counterclaim was originally scheduled to lapse July 24, 2014, pursuant to Federal Rules of Bankruptcy Procedure 7012 and 9006(f).

3. On July 24, 2014, the Parties agreed and stipulated to an extension of time to answer for sixty (60) days to September 22, 2014.

4. The Parties have reached a settlement of the claims raised in this Adversary proceeding and now stipulate to the dismissal of the adversary proceeding and counterclaims with prejudice under Bankruptcy Rule 7041.

WHEREFORE, the parties respectfully request that the instant Adversary Proceeding no. 14-02011 and all counterclaims be dismissed with prejudice, and that the parties have such other and further relief as the court deems just and proper.

STIPULATED TO BY:

_____
Lisa Ritchey Craig
Georgia Bar No. 606755
McCULLOUGH PAYNE & HAAN, LLC
271 17th Street, NW, Suite 2200
Atlanta, GA 30363-6213
(404) 873-1386 office
(404) 875-4817 facsimile
lrcraig@mplawfirm.com
ATTORNEYS FOR PLAINTIFF

_____
Franklin D. Hayes
P. O. Box 2377
Georgia Bar No. 318383
109 S. Madison Avenue
Douglas, GA 31533
(912) 383-6132 office
fhayeslaw@yahoo.com
Georgia Bar No.: 339910
ATTORNEY FOR DEFENDANT